**RECEIVED**

JUN 2 9 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**RECEIVED**

JUL 2 1 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **OFFSHORE DRILLING CO. INC.** | **CIVIL ACTION NO. 06-0418** |
| **VERSUS** | **JUDGE MELANÇON** |
| **WILLIAM JOSEPH FAIRCHILD, JR.** | **MAGISTRATE JUDGE METHVIN** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for a Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that motion to dismiss filed by defendant Williams Joseph Fairchild, Jr. is **GRANTED** and that plaintiff Offshore Drilling Company's claims against him are **DISMISSED WITH PREJUDICE**.

Lafayette, Louisiana this 21st day of July, 2006.

TUCKER L. MELANÇON
UNITED STATES DISTRICT COURT